# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOSHUA BOLING**                                                                                       **PLAINTIFF**

**v.**                             **CASE NO. 2:19-CV-00157-BSM**

**HARCROS CHEMICALS INC,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE